

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00594-CR

**IN RE** Francisco **MEDINA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Jason Pulliam, Justice

Delivered and Filed:  November 2, 2016

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on September 19, 2016, alleging the trial court had failed to rule on two motions he filed in two separate cause numbers seeking credit for time in custody towards his sentence. On October 20, 2016, Respondent filed with this court copies of orders denying the two motions, which he signed on October 18, 2016. Therefore, this mandamus proceeding has become moot. Accordingly, this original mandamus proceeding is dismissed as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Numbers 5625 and 5626, styled *State of Texas v. Francisco Medina*, pending in the 216th Judicial District Court, Kendall County, Texas, the Honorable N. Keith Williams presiding.